**Order entered March 26, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01683-CV

**STEVEN CREAR SR., Appellant**

**V.**

**US BANK NATIONAL ASSOCIATION ET AL., Appellees**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-13-02460-A**

## ORDER

We **GRANT** appellant's March 24, 2014 second motion to enlarge time to file corrected brief and **ORDER** the brief be filed no later than March 31, 2014.

/s/    ELIZABETH LANG-MIERS
            JUSTICE